# CLAIMS SUMMARY

**Debtor Name: UR Vehicle Management Solutions, Inc.**
**Case Number: 17-10277**

Pursuant to sections 1112(b) and 305(a) of the Bankruptcy Code, the Chapter 11 Case for the above listed Debtor was dismissed [Docket No. 426 filed on June 30, 2017]. As of such date, three Proofs of Claim were filed against this specific Debtor.

*Old Towing Company et al.*

*Claims Summary*

| Class | Proof Of Claim Amount | Final Allowed Amount |
|---|---|---|
| **UNSECURED** | $11,584.10 | |
| **PRIORITY** | $16,000.00 | |
| Total | 27,584.10 | |

**Claims Counts**

| Total Claims | 3 |
|---|---|

**Rust Consulting | Omni Bankruptcy**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, CA 91367**

Visit us on the Web at www.omnimgt.com
E-Mail: claimsmanager@omnimgt.com

PHONE: (818) 906-8300

| | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY** | **Clm No : 1** | **Filed In Cases:** 277 | |
| INTERNAL REVENUE SERVICE | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. BOX 7346 | PRI | $15,500.00 | |
| PHILADELPHIA, PA 19101-7346 | | | |
| | | **$15,500.00** | |
| Date Filed        1-Mar-2017 | | | |
| Bar Date | | | |
| Claim Face Value:      $15,500.00 | | | |

| | | | |
|---|---|---|---|
| **DEPARTMENT OF THE TREASURY** | **Clm No : 2** | **Filed In Cases:** 277 | |
| INTERNAL REVENUE SERVICE | Class | Claim Detail Amount | Final Allowed Amount |
| P.O. BOX 7346 | PRI | $500.00 | |
| PHILADELPHIA, PA 19101-7346 | | | |
| | | **$500.00** | |
| Date Filed        3-Apr-2017 | | | |
| Bar Date | | | |
| Claim Face Value:      $500.00 | | | |

| | | | |
|---|---|---|---|
| **YOU NAME IT SPECIALTIES** | **Clm No : 3** | **Filed In Cases:** 277 | |
| ATTN: JOSH KING | Class | Claim Detail Amount | Final Allowed Amount |
| 4730 COLLEGE PARK | UNS | $11,584.10 | |
| SAN ANTONIO, TX 78249 | | | |
| | | **$11,584.10** | |
| Date Filed        14-Apr-2017 | | | |
| Bar Date | | | |
| Claim Face Value:      $11,584.10 | | | |

**Rust Consulting | Omni Bankruptcy**     Visit us on the Web at www.omnimgt.com     **PHONE: (818) 906-8300**
**5955 De Soto Ave., Suite 100**           E-Mail: claimsmanager@omnimgt.com
**Woodland Hills, CA 91367**